IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VINCENT PAM                                                                                          PETITIONER
REG. #23349-044

v.                                            2:09-cv-00093-JMM-JJV

T.C. OUTLAW
Warden, FCI-Forrest City                                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this  13  day of October, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE