IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VINCENT PAM**                                                                                   **PETITIONER**
**REG. #23349-044**

v.                                        2:09-cv-00093-JMM-JJV

**T. C. OUTLAW**
**Warden, FCI-Forrest City**                                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing the Petition for Writ of Habeas Corpus with prejudice. The relief sought is denied.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice.

DATED this   13   day of October 2009.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE