IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VINCENT PAM**  **PETITIONER**
**REG. #23349-044**

v.                              2:09-CV-00093-JMM-JJV

**T. C. OUTLAW**
**Warden, FCI-Forrest City**  **RESPONDENT**

## ORDER

On September 22, 2009, Magistrate Judge Joe J. Volpe filed his Proposed Findings and Recommended Disposition ("Disposition") in which he granted the Respondent's Motion to Dismiss. In this same Disposition, Petitioner was informed that he had eleven (11) days from September 22, 2009, in which to file written objections to the Disposition resulting in objections 09-93 being due by October 6, 2009.

On October 13, 2009, this Court adopted the Disposition, without objection, as its own and filed a Judgment dismissing the petition with prejudice. On October 13, 2009, the Clerk of the Court received Petitioner's objections which were entered on the Court's docket on October 14, 2009.

The Court has reviewed Petitioner's objection and finds them to be without merit. The Order and Judgment of October 13, 2009, remain the Court's decision.

IT IS SO ORDERED THIS   15   day of   October , 2009.

_____
James M. Moody
United States District Judge